IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 20-935 T

(Judge Marian Blank Horn)

MATTHEW and KATHERINE KAESS CHRISTENSEN,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant

JOINT STATUS REPORT

Pursuant to the Court's August 28, 2023 Order, the parties file this Joint Status Report to confirm the following points:

1. Plaintiffs confirm that the reference in paragraph 4 of the initial complaint to "federal income tax return for 2010" was mistaken and that the applicable tax year is 2015. Plaintiffs apologize for this inadvertent error.

2. Defendant agrees that the refund suit has been timely filed under I.R.C. Sec 6511(d)(3).

                Respectfully submitted,

August 29, 2023

                s/Stuart E. Horwich
                STUART E. HORWICH
                Horwich Law LLP
                5th Floor, 20 Old Bailey
                London, EC4M 7AN, U.K.
                Phone:  011 44 208 057 8013
                Fax:  302 861 1411
                seh@horwichlaw.com
                Counsel for Plaintiffs

s/Jason Bergmann
JASON BERGMANN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-616-3425 (v)
202-514-9440 (f)
jason.bergmann@usdoj.gov
Counsel for the Defendant

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
MARY M. ABATE
 Assistant Chief

  s/Mary M. Abate
  Of Counsel