IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 20-935 T
(Judge Marian Blank Horn)

MATTHEW and KATHERINE KAESS CHRISTENSEN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's September 13, 2023, Order (Dkt. 59) directing the parties to attempt to resolve the outstanding computational issues in this case, the parties submit this Joint Status Report. The parties herewith report that they have arrived at a resolution, irrespective of their different positions on the computational methodology, that will enable the Court to enter an Order for judgment—that is, the judgment will be for an overpayment of United States income tax in the amount of $3,851.00 for plaintiffs' tax year 2015. The parties respectfully offer to confer further to prepare a proposed judgment Order for the Court's consideration.

Respectfully submitted,

October 4, 2023

s/Stuart E. Horwich, by consent
STUART E. HORWICH
Horwich Law LLC
5th Floor
20 Old Bailey
London, EC4M 7AN
United Kingdom
Phone:  011 +44 208 057 8013
Fax:  302 861 1411
seh@horwichlaw.com

– 1 –

                                      Counsel for Plaintiffs

October 4, 2023                      *s/Jason Bergmann*
                                      JASON BERGMANN
                                      Attorney of Record
                                      U.S. Department of Justice
                                      Tax Division
                                      Court of Federal Claims Section
                                      Post Office Box 26
                                      Washington, D.C. 20044
                                      202-616-3425 (v)
                                      202-514-9440 (f)
                                      jason.bergmann@usdoj.gov

                                      DAVID A. HUBBERT
                                       Deputy Assistant Attorney General
                                      DAVID I. PINCUS
                                       Chief, Court of Federal Claims Section
                                      MARY M. ABATE
                                       Assistant Chief

October 4, 2023                   *s/Mary M. Abate*
                                       Of Counsel

                                      Attorneys for Defendant