# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * *  * <br> **MATTHEW AND KATHERINE KAESS** * <br> **CHRISTENSEN,** * <br> * <br>                   **Plaintiffs,** * <br>                 **v.** * <br> * <br> **UNITED STATES,** * <br> * <br>                   **Defendant.** * <br> * <br> * * * * * * * * * * * * * * * | **No. 20-935T** <br> **Filed: October 4, 2023** |

**O R D E R**

      The court is in receipt of the parties' October 4, 2023 joint status report. The joint status report states that the parties "have arrived at a resolution, irrespective of their different positions on the computational methodology, that will enable the Court to enter an Order for judgment—that is, the judgment will be for an overpayment of United States income tax in the amount of $3,851.00 for plaintiffs' tax year 2015. The parties respectfully offer to confer further to prepare a proposed judgment Order for the Court's consideration." The court commends the parties for working together to resolve the above captioned case. On or before **Friday, October 13, 2023**, the parties shall file a joint status report which shall include a stipulation for the entry of final judgment, or include a request for additional time to finalize the stipulation. One party may file the joint status report with the consent of the other party reflected in the joint status report.

      **IT IS SO ORDERED**.

                                                        s/Marian Blank Horn <br>
                                                    **MARIAN BLANK HORN** <br>
                                                          **Judge**