IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 20-935 T
(Judge Marian Blank Horn)

MATTHEW and KATHERINE KAESS CHRISTENSEN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's October 4, 2023, Order (Dkt. 62) directing the parties to file a joint status report which shall include a stipulation for the entry of final judgment, the parties submit this Joint Status Report.

The parties jointly propose that, consistent with the Court's September 13, 2023, Opinion, the Court should enter a judgment that includes the following language:

> IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover from the United States the following amount:
>
> For plaintiffs' income-tax year ended December 31, 2015, an overpayment of income tax in the amount of $3,851.00, with statutory interest on such overpayment pursuant to section 6611 of the Internal Revenue Code.

This proposed language is without prejudice to the parties' rights to notice an appeal of any judgment, opinion, or order entered in the above-captioned case.

– 1 –

|  |  |
|---|---|
|  | Respectfully submitted, |
| October 13, 2023 | *s/Stuart E. Horwich, by consent*<br>STUART E. HORWICH<br>Horwich Law LLC<br>5th Floor<br>20 Old Bailey<br>London, EC4M 7AN<br>United Kingdom<br>Phone:  011 +44 208 057 8013<br>Fax:  302 861 1411<br>seh@horwichlaw.com<br>Counsel for Plaintiffs |
| October 13, 2023 | *s/Jason Bergmann*<br>JASON BERGMANN<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Washington, D.C. 20044<br>202-616-3425 (v)<br>202-514-9440 (f)<br>jason.bergmann@usdoj.gov<br><br>DAVID A. HUBBERT<br> Deputy Assistant Attorney General<br>DAVID I. PINCUS<br> Chief, Court of Federal Claims Section<br>MARY M. ABATE<br> Assistant Chief |
| October 13, 2023 | *s/Mary M. Abate*<br> Of Counsel<br><br>Attorneys for Defendant |