# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
MATTHEW AND KATHERINE KAESS          *
CHRISTENSEN,                         *
                                     *
            Plaintiffs,              *
                                     *
      v.                             *         No. 20-935T
                                     *         Filed: October 15, 2023
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * *   *
```

## O R D E R

On October 13, 2023, the parties filed a joint status report regarding the entry of judgment in the above captioned case. Pursuant to the joint status report, the Clerk's Office shall enter judgment in favor of the plaintiffs "[f]or plaintiffs' income-tax year ended December 31, 2015, an overpayment of income tax in the amount of $3,851.00, with statutory interest on such overpayment pursuant to section 6611 of the Internal Revenue Code." (alteration added). The joint status report states that this judgment "is without prejudice to the parties' rights to notice an appeal of any judgment, opinion, or order entered in the above-captioned case."

The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**